[No. 56162-6-I.  Division One.  April 24, 2006.]

WARD PLACE TERRACE CONDOMINIUM OWNERS ASSOCIATION, *Appellant,* v. WARD STREET TERRACE A AND B, L.L.C., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-03030-7, Theresa Doyle, J., entered March 25 and April 28, 2005. *Reversed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 32220-0-II.  Division Two.  April 25, 2006.]

SIMPSON INVESTMENT COMPANY, *Appellant,* v. JULIE REAMS, *Respondent.*

Appeal from a judgment of the Superior Court for Mason County, No. 03-2-00008-0, Anna M. Laurie, J., entered September 3, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 32308-7-II.  Division Two.  April 25, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADLEY JAMES CURTIS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-02154-1, Christine A. Pomeroy, J., entered September 28, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 32675-2-II.  Division Two.  April 25, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WILLIAM VESTAL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05971-6, Thomas Felnagle, J., entered December 17, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.